# EXHIBIT B

# IS – Hardtner Medical Center – LA 027 RBD

## Certificate of Authenticity of Medical Records

The enclosed 22 pages constitute as an accurate and true reproduction of the medical records of:

## BILLIE DAVIS 6/11/1986

The original of the attached records are on file at **IS – Hardtner Medical Center – LA 027 RBD.**

The undersigned, Chad Tillman, certifies that these records are maintained under the care, custody and control are kept in the ordinary course of business of the office of **IS – Hardtner Medical Center – LA 027 RBD.** and are used in the diagnosis and treatment of patients.

**A paper or digital copy of this Certificate attached to the medical records delivered within this sealed envelope shall constitute as an original certification.**

This Certificate is given pursuant to the provisions of Louisiana state law in lieu of the personal appearance of the person certifying hereto.

_____          1/8/2024

Chad Tillman, VP & General Manager, ROI Segment          Date
Verisma Systems, Inc

SIGNED BEFORE ME

THIS 8th DAY OF January, 2024.

_____

Lori Harrison, Witness

6E6054F53A294F61A4DE, DAVIS, 2

## HARDTNER MEDICAL CENTER
1102 NORTH PINE ROAD, OLLA, LA 714654804 - 318-495-3131

**Patient Name:** BILLY DAVIS                                      **DOB:** 06/11/1986
**MRN:** 200986                                                  **Account #:** 10009925
**Note Type:** Nurses Note

---

CMS Form 10455 was submitted to CMS Regional Office as required by 42 CFR 482.13(g). See scanned documentation of submission of form in patient medical record. Charlotte Fussell ,RN, Director of Nursing at LaSalle Correctional Facility was notified of the submission.

000001

## HARDTNER MEDICAL CENTER
### 1102 NORTH PINE ROAD, OLLA, LA 714654804 - 318-495-3131

**Patient Name:** BILLY DAVIS            **DOB:** 06/11/1986
**MRN:** 200986                            **Account #:** 10009925
**Note Type:** ED Nursing Note

Post Mortem Care

The patient was pronounced dead by Dr. Easterling at 10:47. The coroner was notified and the body was left undisturbed until released per coroner. All tubes and IV's were removed. The patient was cleaned and a clean gown was placed. Permit for body removal was signed. LOPA was notified of death. Patient left the hospital per funeral home stretcher at 13:20.

000002

To: ,     Case 3:25-cv-00871-TAD-KDM    Document 61-2    Filed 04/15/24    Page 5 of 24 PageID    From: Production Primary
Page: 13 of 32    2024-01-08 15:31:28 EST    18666747481
#: 772

## HARDTNER MEDICAL CENTER

1102 NORTH PINE ROAD, OLLA, LA 714654804 - 318-495-3131

**Patient Name:** BILLY DAVIS              **DOB:** 06/11/1986
**MRN:** 200986                      **Account #:** 10009925
**Note Type:** ED Nursing Note

---

1210- J,Roark, deputy with LaSalle parish Sheriff's Office arrived to assess patient and take pictures of injuries.

1215- Kathy Lambeth,NP/ deputy coroner arrived to assess patient.

1245- Instructed per Kathy Lambeth to removed lines and release body to funeral home. Awaiting Kenner and Stevens funeral home to come pick up patient.

---

000003

## HARDTNER MEDICAL CENTER
1102 NORTH PINE ROAD, OLLA, LA 714654804 - 318-495-3131

**Patient Name:** BILLY DAVIS                                    **DOB:** 06/11/1986
**MRN:** 200986                                              **Account #:** 10009925
**Note Type:** ED Nursing Note

---

11:25- LOPA called and notified of the patient's death and spoke to representative Brittney Dyess. Patient is not suitable for donation due to social history.

000004

To: ,    Page: 15 of 32    2024-01-08 15:31:28 EST    18666747481    From: Production Primary

## HARDTNER MEDICAL CENTER
1102 NORTH PINE ROAD, OLLA, LA 714654804 - 318-495-3131

**Patient Name:** BILLY DAVIS                                    **DOB:** 06/11/1986
**MRN:** 200986                                                  **Account #:** 10009925
**Note Type:** ED Nursing Note

---

11:20- LaSalle Correctional Center called and spoke to Allen, Warden regarding death of patient. The warden reports that the patient was transferred to their facility from Texas as an inmate and that he has contacted the Texas authorities to get in contact with the patient's family.

---

000005

## HARDTNER MEDICAL CENTER
1102 NORTH PINE ROAD, OLLA, LA 714654804 - 318-495-3131

**Patient Name:** BILLY DAVIS                                   **DOB:** 06/11/1986
**MRN:** 200986                                                **Account #:** 10009925
**Note Type:** Nurses Note

---

Kathy Lambeth Coroners office notified of passing of patient, stated it is a coroners case and someone will be here.

000006

To: ,   Page: 17 of 32   2024-01-08 15:31:26 EST   18666747481   From: Production Primary

# HARDTNER MEDICAL CENTER

1102 NORTH PINE ROAD, OLLA, LA 714654804 - 318-495-3131

**Patient Name:** BILLY DAVIS
**MRN:** 200986
**Note Type:** ED Provider Note

**DOB:** 06/11/1986
**Account #:** 10009925

## EDDOC Cardiopulmonary Resuscitation

| All Demographics | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Patient Name | DOB | Age | Sex | Visit Number | Admission Date/Time | Attending Physician | Date of Service | Room and Bed | Emergency Contact |
| DAVIS, BILLY | 06/11/1986 | 35 years | Male | 10009925 | 03/01/2022 10:40 | DAVID EASTERLING | 03/01/2022 | ERT1 | |

**Chief Complaint:** CODE BLUE

**HPI:** Pt is prisoner.. Pt was in altercation with guards at approx 9:20am.. pt went to medical at 9:30a. Pt was punched , lost some teeth. While awaiting for nurse practitioner to see pt, he was found at 10:00 not breathing.. Pt was found to be in asystole / PEA at the jail. CPR started, and pt received 2 Epi doses

**Initial Complaints:**

| | |
|---|---|
| | Collapsed |
| x | Found unresponsive |
| | Chest pain |
| | Dyspnea |
| | Abdominal pain |
| | Back pain |
| | Other: |

Initial Complaints Notes:

**Witnessed Arrest:**

| | |
|---|---|
| | Yes |
| x | No |

Witnessed Arrest Notes:

**Bystander CPR?**

| | |
|---|---|
| x | Yes |
| | No |

Bystander CPR Notes:

**Initial Findings by Paramedics:**

| | |
|---|---|
| x | Unresponsive |
| | No respirations |
| | Agonal respiration |

Electronically signed by: DAVID EASTERLING, MD, 03/03/2022 12:15 CST

Page 1 of 8

# HARDTNER MEDICAL CENTER

1102 NORTH PINE ROAD, OLLA, LA 714654804 - 318-495-3131

**Patient Name:** BILLY DAVIS                                    **DOB:** 06/11/1986
**MRN:** 200986                                                  **Account #:** 10009925
**Note Type:** ED Provider Note

| | |
|---|---|
| x | No pulse |
| | Weak pulse |
| | Asystole |
| | Vent. fibrillation |
| | PEA |
| | Bradycardia |
| | Tachycardia |
| | Other: |

Initial Findings by Paramedics Notes: :

**Pre-hospital Treatment:**

| | |
|---|---|
| | Oxygen |
| | Bag-valve-mask |
| | Intubated |
| x | CPR |
| | Thumper |
| | Defibrillated |
| | IV access |
| | IV fluid |
| x | Epinephrine |
| | Vasopressin |
| | Atropine |
| | Amiadrone |
| | Sodium bicarb |
| | Lidocaine |
| | Narcan |
| | Other: |

Pre-hospital Treatment:

# ROS
**Constitutional:**

| | |
|---|---|
| | Fever |
| | Chills |
| | Recent illness |
| | Sweating |
| | Weakness |
| | Weight loss |
| | Negative |
| | Other: |

Electronically signed by: DAVID EASTERLING, MD, 03/03/2022 12:15 CST                    Page 2 of 8

## HARDTNER MEDICAL CENTER

1102 NORTH PINE ROAD, OLLA, LA 714654804 - 318-495-3131

**Patient Name:** BILLY DAVIS
**MRN:** 200986
**Note Type:** ED Provider Note

**DOB:** 06/11/1986
**Account #:** 10009925

---

Constitutional Comments: **Negative for all except for marked.**

### Eyes/ENT:

| |
|---|
| Problems with vision |
| Sore throat |
| Nasal drainage |
| Negative |
| Other: |

Eyes/ENT Comments: **Negative for all except for marked.**

### CVS/Resp:

| |
|---|
| Chest pain |
| Shortness of breath |
| Cough |
| Negative |
| Other: |

CVS/Resp Comments: **Negative for all except for marked.**

### GI/GU:

| |
|---|
| Abdominal pain |
| Nausea |
| Vomiting |
| Diarrhea |
| Black stools |
| Problems urinating |
| Negative |
| Other: |

GI/GU Comments: **Negative for all except for marked.**

### MS/Skin/Lymph:

| |
|---|
| Calf pain |
| Leg pain |
| Joint pain |
| Neck pain |
| Back pain |
| Leg swelling |
| Ankle swelling |
| Rash |
| Swollen glands |
| Negative |
| Other: |

---

Electronically signed by: DAVID EASTERLING, MD, 03/03/2022 12:15 CST

Page 3 of 8

## HARDTNER MEDICAL CENTER
1102 NORTH PINE ROAD, OLLA, LA 714654804 - 318-495-3131

**Patient Name:** BILLY DAVIS                 **DOB:** 06/11/1986
**MRN:** 200986                                 **Account #:** 10009925
**Note Type:** ED Provider Note

MS/Skin/Lymph Comments: **Negative for all except for marked.**

**Neuro/Psych:**

| |
|---|
| Headache |
| Dizziness |
| Fainting |
| Tingling |
| Numbness |
| Difficulty walking |
| Difficulty with speech |
| Anxiety |
| Depression |
| Negative |
| Other: |

Neuro/Psych Comments: **Negative for all except for marked.**

**ROS Negative except as marked:**

| |
|---|
| Yes |

## PAST HISTORY
**Medical History:**

| |
|---|
| Reviewed |

Medical History Notes: unknown

**Surgical History:**

| |
|---|
| Reviewed |

Surgical History Notes: unknown

**Allergies:**

| |
|---|
| Reviewed |

Allergies Notes:

**Medications:**

| |
|---|
| Reviewed |

Medications Notes:

**Social History:**

| |
|---|
| Reviewed |

Social History Notes: in jail, otherwise unknown

**Family History:**

| |
|---|
| Reviewed |

Family History Notes:

Electronically signed by: DAVID EASTERLING, MD, 03/03/2022 12:15 CST                

000010

## HARDTNER MEDICAL CENTER
1102 NORTH PINE ROAD, OLLA, LA 714654804 - 318-495-3131

**Patient Name:** BILLY DAVIS                                  **DOB:** 06/11/1986
**MRN:** 200986                                              **Account #:** 10009925
**Note Type:** ED Provider Note

## INITIAL PHYSICAL EXAM
### General Appearance:

|   | |
|---|---|
|   | No evidence of trauma |
| x | Unresponsive |
| x | Other: missing front upper teeth, fractured teeth |

General Appearance Comments:

### Head/Neck:

|   | |
|---|---|
|   | Atraumatic |
|   | Pharynx clear |
|   | Head trauma |
|   | C-spine tenderness |
|   | Tracheal deviation |
| x | Other: contusion to forehead.. midline appears in linear pattern? Tattoo vs imprint of object in blunt trauma . No swelling, no bony deformity |

Head/Neck Comments:

### Respiratory:

|   | |
|---|---|
| x | Breath sounds equal bilaterally |
| x | Lungs clear |
| x | No spontaneous respirations |
|   | Airway partially obstructed |
|   | Bag-valve-mask |
|   | ET tube |
|   | Bag-valve |
|   | Agonal respirations |
|   | Decreased air movement |
|   | Wheezes |
|   | Rales |
|   | Rhonchi |
|   | Other: |

Respiratory Comments:

### CVS:

|   | |
|---|---|
|   | Spontaneous pulse present |
| x | No spontaneous pulse |
| x | Chest compressions |
|   | Heart sounds absent |
|   | Irregularly irregular rhythm |
|   | Occasional extrasystoles |

Electronically signed by: DAVID EASTERLING, MD, 03/03/2022 12:15 CST                    Page 5 of 8

000011

## HARDTNER MEDICAL CENTER

1102 NORTH PINE ROAD, OLLA, LA 714654804 - 318-495-3131

**Patient Name:** BILLY DAVIS        **DOB:** 06/11/1986
**MRN:** 200986        **Account #:** 10009925
**Note Type:** ED Provider Note

| | |
|---|---|
| | Frequent extrasystoles |
| | JVD present |
| | Murmur |
| | Gallop |
| | Other: |

CVS Comments:

**Abdomen:**

| | |
|---|---|
| x | Soft |
| | No mass |
| | Normal bowel sounds |
| | Distension |
| | Hepatomegaly |
| | Splenomegaly |
| | Mass |
| | Guarding |
| | Other: |

Abdomen Comments:

**Skin:**

| | |
|---|---|
| x | No rash |
| | Pallor |
| | Cyanosis |
| | Dependent lividity |
| | Decubitus |
| | Other: |

Skin Comments:

**Extremities:**

| | |
|---|---|
| | No sign of trauma |
| | Normal ROM |
| | Rigidity |
| | Right pedal edema |
| | Left pedal edema |
| | Other: |

Extremities Comments:

**Neuro:**

| | |
|---|---|
| | Pupils reactive |
| x | Unresponsive |
| | Agitated |

Electronically signed by: DAVID EASTERLING, MD, 03/03/2022 12:15 CST        Page 6 of 8

**000012**

## HARDTNER MEDICAL CENTER

1102 NORTH PINE ROAD, OLLA, LA 714654804 - 318-495-3131

**Patient Name:** BILLY DAVIS                                **DOB:** 06/11/1986
**MRN:** 200986                                **Account #:** 10009925
**Note Type:** ED Provider Note

|   |   |
|---|---|
|   | Confused |
| x | Pupils fixed |
| x | Pupils dilated |
|   | Unequal pupils |
|   | No motor response |
|   | Abnormal response to pain |
|   | Withdraws from pain |
|   | Flexion to pain |
|   | Extension to pain |
|   | Right babinski reflex |
|   | Left babinski reflex |
|   | Reflexes absent |
|   | Other: |

Neuro Comments:

---

### PROCEDURES AND INTERVENTIONS

**CPR:** CPR continued here upon arrival.. Pt arrived at 10:38a

**Intubated by ED Physician:** Yes.. intubated with 7.5ET tube as cords visualized easily on first attempt.. BS equal bilaterally.  Positive color change in end tidal $CO_2$ monitor

---

### LABS, EKG, and XRAYs

**Labs:**

**Initial EKG:**

**EKG:**

**X-rays:**

---

### PROGRESS

**Progress Notes:** Pt down for over 30 minutes, after blunt head trauma.. pt had CPR and 2 doses of epi prior to arrival.. pt with continued CPR, intubation, additional 2 doses of Epi.. Pt glucose was 86.  PT continued in PEA.. code called , death declared at 10:47am

---

### CLINICAL IMPRESSION

**Clinical Impression:**

|    |   |
|----|---|
|    | Successful Cardiopulmonary Resuscitation |
| xx | Unsuccessful Cardiopulmonary Resuscitation |
|    | Asystole |

---

Electronically signed by: DAVID EASTERLING, MD, 03/03/2022 12:15 CST                                Page 7 of 8

000013

## HARDTNER MEDICAL CENTER
1102 NORTH PINE ROAD, OLLA, LA 714654804 - 318-495-3131

**Patient Name:** BILLY DAVIS                                **DOB:** 06/11/1986
**MRN:** 200986                                              **Account #:** 10009925
**Note Type:** ED Provider Note

|   | |
|---|---|
|   | Cardiac Rhythm Disturbance |
|   | Acute Myocardial Infarction |
|   | Pulmonary Edema |
|   | Pulseless Electrical Activity |
|   | Respiratory Failure |
|   | Sudden Death |
| x | Other: blunt head trauma. , cardiac arrest |

Clinical Impression Notes:

**Disposition:**

|   | |
|---|---|
|   | Placed in observation bed |
|   | Admitted |
| x | Medical examiner |
|   | Morgue |
|   | Transfer |
|   | Unchanged |
|   | Improved |
|   | Stable |
|   | Critical |
|   | Serious |
|   | Deceased |
|   | Other: |

Disposition Notes:

Electronically signed by: DAVID EASTERLING, MD, 03/03/2022 12:15 CST                Page 8 of 8

## HARDTNER MEDICAL CENTER
1102 NORTH PINE ROAD, OLLA, LA 714654804 - 318-495-3131

**Patient Name:** BILLY DAVIS                    **DOB:** 06/11/1986
**MRN:** 200986                         **Account #:** 10009925
**Note Type:** Nurses Note

---

When patient got under ambulance bay in front of Hardtner ER door, hand cuffs were noted in place to hands and feet. Hands were handcuffed in front of body around wrist and feet were handcuffed to from bilateral ankles. S. Schmitt RN told EMS that hand cuffs needed to be removed. Once patient was brought into trauma room A, hand cuffs to hands and feet were then removed.

000015

# HARDTNER MEDICAL CENTER

1102 NORTH PINE ROAD, OLLA, LA 714654804 - 318-495-3131

**Patient Name:** BILLY DAVIS
**MRN:** 200986
**Note Type:** ED Nursing Note

**DOB:** 06/11/1986
**Account #:** 10009925

### ED CARDIO PULMONARY ARREST:

Patient arrived via LaSalle EMS per stretcher from LCC with CPR in progress. Pt brought straight to ER-Tauma A and placed on monitor. Handcuffs to bilateral wrists and ankles removed per LCC personnel. EMS reports that patient is a prisoner and was in altercation x1 hr prior to arrival with blunt head trauma and found unresponsive and not breathing at 1005. CPR started at this time. IO intact to LLE with site satisfactory and EMS reports Asystole at the scene with 2 doses of EPI and 1 dose of Narcan given prior to arrival.

PATIENT NOTED TO BE UNRESPONSIVE, SKIN PALE/DRY. PUPILS FIXED AND DILATED. CONTUSION NOTED TO FOREHEAD WITH TATTOO VS IMPRINT OF OBJECT IN BLUNT TRAUMA TO HEAD NOTED. MISSING TEETH NOTED WITH BLEEDING FROM MOUTH. AIRWAY SUCTIONED. MULTIPLE ABRASIONS NOTED TO BILATERAL HANDS AND BILATERAL LOWER EXT.

### Arrest PTA/CPR in Progress per EMS

| | |
|---|---|
| x | Yes |
| | No |

### Arrest PTA Arrival per Means Other Than EMS

| | |
|---|---|
| | NA |
| | Private Auto |
| | Family |
| | Friend |
| | Law Enforcement |
| x | Other, CPR INITIATED PER LCC PERSONNEL |

**Situation/Description of Pre-Hospital Arrest:** EMS REPORTS THAT PATIENT WAS

**Time/Estimated Time of Arrest (Indicate if Estimate):**

### Treatment/Intervention PTA

| | |
|---|---|
| | Bystander CPR |
| X | CPR began per EMS/First Responder |
| | AED Utilized/Shock Delivered |
| | AED Utilized/No Shock Advised |
| | Defibrillation per EMS |
| X | IV Est-I/O to Left Lower Ext with site satisfactory |
| | O2 per NRB |
| | BVM Ventilations |
| | ETT |
| X | Epinephrine 1mg IV x2 dose PTA |
| | Vasopressin 40 Units IV |
| | Amiodarone 150mg IV |

000016

# HARDTNER MEDICAL CENTER

1102 NORTH PINE ROAD, OLLA, LA 714654804 - 318-495-3131

**Patient Name:** BILLY DAVIS
**MRN:** 200986
**Note Type:** ED Nursing Note

**DOB:** 06/11/1986
**Account #:** 10009925

**Time of ED Arrival:** 10:38

**Arrest in ED**

|   | Yes |
|---|-----|
| X | No  |

**Time of Arrest:** 10:05- reported per EMS

**Type of Initial Arrest:**

| X | Cardiac |
|---|---------|
| X | Respiratory |
|   | Unknown |

**Initial Arrest Notation:** Patient found un-responsive with no breathing and no pulse per correctional center personnel. CPR initiated and 911 called

**AED Mode on Defibrillator Utilized**

**Utilization**

| X | Not Applicable |
|---|----------------|
|   | Yes |

**Time Pads in Place:**

**Shock Advised**

|   | Yes |
|---|-----|
| X | No  |

**Shock Delivered**

|   | Yes |
|---|-----|
| X | No  |

**Continue CPR Cycle**

|   | Yes |
|---|-----|
| X | No  |

**Initial Circulation Assessment/Interventions**

|   | Carotid Pulse Present/Strong |
|---|------------------------------|
|   | Carotid Pulse Present/Weak |
|   | Carotid Pulse/Absent |
|   | Tachycardia/Palpable |

Electronically signed by: LYNDI TAYLOR, , 03/01/2022 18:58 CST

Page 2 of 6

000017

## HARDTNER MEDICAL CENTER
1102 NORTH PINE ROAD, OLLA, LA 714654804 - 318-495-3131

**Patient Name:** BILLY DAVIS
**MRN:** 200986
**Note Type:** ED Nursing Note

**DOB:** 06/11/1986
**Account #:** 10009925

|   |                           |
|---|---------------------------|
|   | Bradycardia/Palpable      |
|   | Skin Color/Pink           |
| X | Skin Color/Pale           |
|   | Skin Color/Cyanotic       |
|   | Skin Color/Mottled        |
|   | Skin Color/Erythematous   |
|   | Skin Temperature Warm     |
|   | Skin Temperature Cool     |
|   | Skin Dry                  |
|   | Skin Moist                |
|   | Skin Diaphoretic          |

**Initial Circulation Assessment Note:**

**IVA Access PTA Patent/Satisfactory Condition**

|   |                           |
|---|---------------------------|
| X | Yes- I/O to Left Lower Ext |
|   | No                        |
|   | No IV Access PTA          |

**IV Access PTA Note (Site/G/IVF):**

**Initial Circulation Interventions**

**CPR Continued Upon Arrival**

|   |                       |
|---|-----------------------|
| X | Yes                   |
|   | No                    |
|   | NA/Arrest in Hospital |

**Initial Rhythm on Monitor**

|   |             |
|---|-------------|
|   | VTACH       |
|   | VFIB        |
|   | PEA         |
| X | Asystole    |
|   | SVT         |
|   | Tachycardia |
|   | Bradycardia |

**CPR Cycle Resumed after Shock Delivered:** N/A

|   |     |
|---|-----|
|   | Yes |
|   | No  |

Electronically signed by: LYNDI TAYLOR, , 03/01/2022 18:58 CST

Page 3 of 6

# HARDTNER MEDICAL CENTER
1102 NORTH PINE ROAD, OLLA, LA 714654804 - 318-495-3131

**Patient Name:** BILLY DAVIS
**MRN:** 200986
**Note Type:** ED Nursing Note

**DOB:** 06/11/1986
**Account #:** 10009925

---

### ALS Medication

| | |
|---|---|
| X | Epinephrine 1mg IV |
| | Vasopressin 40 Units IV |
| | Epinephrine 1mg IO |
| | Vasopressin 40 Units IO |
| | Amiodarone 300mg IV |

### Initial Airway Assessments/Interventions:

| | |
|---|---|
| | Patent |
| | Secretions Present |
| | Vomitus Present |
| X | Blood Present-suctioned |
| | Edema Present |
| | Soft Tissue Obstruction |
| | NP Airway PTA |
| | OP Airway PTA |
| | ETT PTA |
| | Tracheostomy Tube(Chronic) |

### Airway Patent/Maintain/Continue to Monitor Patency:

| | |
|---|---|
| | Yes |
| X | No- pt intubated |
| | Other Intervention Required: |

### Airway Re-Assessment

| | |
|---|---|
| | Previous Airway Intervention Effective, Patent |
| X | Patent |
| | Secretions Present |
| | Vomitus Present |
| | Blood Present |
| | Edema Present |
| | Soft Tissue Obstruction |
| | NP Airway in Place |
| | OP Airway in Place |
| | ETT in Place |

---

Electronically signed by: LYNDI TAYLOR, , 03/01/2022 18:58 CST

000019

## HARDTNER MEDICAL CENTER

1102 NORTH PINE ROAD, OLLA, LA 714654804 - 318-495-3131

**Patient Name:** BILLY DAVIS                    **DOB:** 06/11/1986
**MRN:** 200986                                  **Account #:** 10009925
**Note Type:** ED Nursing Note

| | |
|---|---|
| | Tracheostomy Tube (Chronic) |

**Airway Re-Assessment Note:**

**Airway Re-Assessment Interventions**

| | |
|---|---|
| X | Maintain ETT |
| | Maintain Tracheostomy Tube |
| | Maintain NP Airway |
| | Maintain OP Airway |
| | Maintain LMA |
| | Assist with Intubation |
| | Intubation Note (Time/Procedure Note) |

**Breathing Re-Evaluation**

**Breathing Re-Assessment**

| | |
|---|---|
| | Remains Apneic |
| | Continued Agonal Respirations |
| | Post RSI/Medicated |
| X | BVM Ventilations Effective |
| | BV Device ETT/Effective |
| | Skin Color Pink |
| | Skin Color Pale |
| | Skin Color Cyanotic |
| | Skin Color Improved since Initial Assessment |
| | Ventilations Delivered Without Difficulty |
| | SpO2 Increased since Initial Assessment |
| | Resistance with Delivery of Ventilations |
| | Placed on Mechanical Ventilator |

**Breathing Re-Assessment Note:**

**Breathing Re-Assessment Interventions:**

| | |
|---|---|
| X | Continue BV Device/ETT |
| | Maintain ETT |
| | Reposition ETT |
| | Place on Mechanical Ventilator |

**Case Management:**

**Case Management Called for Admission**

| | |
|---|---|
| | Yes |

Electronically signed by: LYNDI TAYLOR, , 03/01/2022 18:58 CST                    Page 5 of 6

## HARDTNER MEDICAL CENTER
1102 NORTH PINE ROAD, OLLA, LA 714654804 - 318-495-3131

**Patient Name:** BILLY DAVIS                          **DOB:** 06/11/1986
**MRN:** 200986                                       **Account #:** 10009925
**Note Type:** ED Nursing Note

|   | No  |
|---|-----|
| X | N/A |

**Case Management Note**: N/A

**IV STOP TIME COMPLETE**

|   | Yes |
|---|-----|
| X | Yes |
|   | No  |
|   | Yes, Charge for Defibrillation |

Electronically signed by: LYNDI TAYLOR, , 03/01/2022 18:58 CST                  Page 6 of 6

000021

# HARDTNER MEDICAL CENTER
## 1102 NORTH PINE ROAD, OLLA, LA 714654804 - 318-495-3131

**Patient Name:** BILLY DAVIS                                    **DOB:** 06/11/1986
**MRN:** 200986                                                  **Account #:** 10009925
**Note Type:** ED Nursing Note

---

10:38- Patient arrived via LaSalle EMS per stretcher from LCC with CPR in progress. Pt brought straight to ER-Tauma A and placed on monitor. EMS reports that patient was in altercation x1 hr prior to arrival with blunt head trauma and found unresponsive and not breathing at 1005. CPR started at this time. IO intact to LLE with site satisfactory and EMS reports Asystole at the scene with 2 doses of EPI and 1 dose of Narcan given prior to arrival.

10:39- Patient remains in Asystole with no palpable pulses. CPR resumed. Patient bagged via BMV per A. Lamoine,RT.

10:41- Normal Saline hung per pressure bag to IO to left lower ext.

10:42- Patient intubated per Dr. Easterling with 7.5 tube and placement verified via $CO_2$ detector and auscultation. ET tube 26 at the lip and secured. Patient bagged per ET tube.

10:42- CPR held. No palpable pulses. Asystole per monitor. CPR resumed.

10:43- Epi 1mg given IV to IO to LLE.

10:43- 18g NSL initiated to Right Upper Ext x1 attempt. Site satisfactory.

10:44- CPR stopped. No palpable pulses. PEA on the monitor. CPR resumed.

10:45- FSBS- 86

10:46- Epi 1mg given to Left Lower Ext I/O.

10:47. CPR held. No palpable pulses. PEA per monitor. Dr. Easterling called time of death at 10:47

---

000022