IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CRYSTAL MANNING, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | Case No. 4:23-cv-01115 |
| | § | |
| LASALLE CORRECTIONS LLC, et al., | § | |
| | § | |
| Defendants. | § | |

### ORDER GRANTING EMERGENCY MOTION FOR PROTECTION FROM PLAINTIFFS' PRE-ANSWER DISCOVERY

After considering the Emergency Motion for Protection from Pre-Answer Discovery for Defendants LaSalle Correctional Center, L.L.C. and LaSalle Corrections, LLC, the Court

STAYS any obligation to respond to this discovery until the parties have had an opportunity to be heard on the requested relief in this motion.

FINDS there is good cause to protect all defendants from being required to respond to pre-answer discovery.

Should any claims remain after the Court rules on the pending Rule 12 motions, Plaintiff may then serve discovery after a defendant answers.

The Court FURTHER ORDERS that all discovery in this case is STAYED until further Order of this Court.