**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

CRYSTAL MANNING ET AL                    CASE NO.  3:25-CV-00871

VERSUS                                   JUDGE TERRY A. DOUGHTY

LASALLE ET AL                            MAG. JUDGE KAYLA D. MCCLUSKY

**TRANSFER ORDER**

Considering the transfer to this Court of the above-captioned action on June 20, 2025, formerly Case No. 23-cv-1115, United States District Court, Southern District of Texas,

IT IS ORDERED that within twenty (20) days any attorney appearing as counsel of record in this action who is not presently admitted to practice before the United States District Court for the Western District of Louisiana exercise one of the following options:

(1)   File an Application to Practice in this Court;

(2)   File a Motion for Admission Pro Hac Vice pursuant to Local Rule 83.2.6; or

(3)   Secure substitute counsel admitted to practice in this court for the party presently being represented.

THUS DONE in Chambers on this 24th day of June, 2025.

Kayla D. McClusky
United States Magistrate Judge