UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| CRYSTAL MANNING, et al. | * | CIVIL ACTION NO. |
| | * | 3:25-cv-00871 |
| | * | |
| VERSUS | * | JUDGE TERRY DOUGHTY |
| | * | |
| LASALLE CORRECTIONS, LLC, | * | |
| et al. | * | MAGISTRATE JUDGE |
| | * | KAYLA McCLUSKY |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

CONSIDERING THE FOREGOING "Motion to Enroll Additional Counsel of Record,"

filed on behalf of defendant, LaSalle Correctional Center, L.L.C.,

IT IS ORDERED that the motion be granted, and that the following attorneys be enrolled

as counsel of record for LaSalle Correctional Center, L.L.C. in this case:

Deirdre C. McGlinchey, T.A. (24167)
dmcglinchey@mcglinchey.com
Patrick J. O'Cain (20993)
pocain@mcglinchey.com
Robert K. Denny (33092)
rdenny@mcglinchey.com
Gillian M. McCarroll (40452)
gmccarroll@mcglinchey.com
Ryan G. Lavelle (41305)
rlavelle@mcglinchey.com
MCGLINCHEY STAFFORD, PLLC
601 Poydras Street, Floor 12
New Orleans, Louisiana 70130
Telephone (504) 586.1200

Monroe, Louisiana, this __25th__ day of June, 2025.

JUDGE McCLUSKY