IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| CRYSTAL MANNING as next friend of L.D., a minor, MARIAHLEE MANSAW as next friend of P.M., a minor, MELISSA HOLLINS as next friend of D.H., a minor, as wrongful death beneficiaries of BILLIE DAVIS, deceased, and RUBY LEE DAVIS, individually and as representative of the estate of BILLIE DAVIS, deceased,<br>　　　　Plaintiffs,<br><br>v.<br><br>LASALLE CORRECTIONS LLC d/b/a LASALLE CORRECTIONAL CENTER, HARRIS COUNTY, and HARRIS COUNTY SHERIFFS OFFICE<br>　　　　Defendants. | §§§§§§§§§§§§§§§§§§ Case No. 3:25-CV-00871 |

**PLAINTIFFS' DISCLOSURE STATEMENT**

COME NOW Crystal Manning as next friend of L.D., a minor, Mariahlee Mansaw as next friend of P.M., a minor, Melissa Hollins as next friend of D.H.., a minor, as wrongful death beneficiaries of Billie Davis, deceased, and Ruby Lee Davis, individually and as representative of the estate of Billie Davis, deceased, Plaintiffs in the above-entitled and numbered cause of action, and files this Disclosure Statement pursuant to FRCP Rule 7.1(1)(a) and 7.1(2)(a). This filing includes the information required under Rule 7.1 of the FEDERAL RULES OF CIVIL PROCEDURE. Plaintiffs hereby certify as to the following:

1. The name of Plaintiffs:

    Crystal Manning as next friend of L.D., a minor;
    Mariahlee Mansaw as next friend of P.M., a minor;
    Melissa Hollins as next friend of D.H.., a minor; and,
    Ruby Lee Davis, individually and as representative of the estate of Billie Davis, deceased.

2. Persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of this case:

   a. Plaintiff CRYSTAL MANNING as next friend of L.D., a minor, and her counsel, Jason C. Webster of Webster Vicknair MacLeod;
   b. Plaintiff MARIAHLEE MANSAW as next friend of P.M., a minor, and her counsel, Jason C. Webster of Webster Vicknair MacLeod;
   c. Plaintiff MELISSA HOLLINS as next friend of D.H.., a minor, and her counsel, Jason C. Webster of Webster Vicknair MacLeod;
   d. Plaintiff RUBY LEE DAVIS, individually and as representative of the estate of Billie Davis, deceased, and her counsel, Jason C. Webster of Webster Vicknair MacLeod;
   e. Defendant LASALLE CORRECTIONS LLC D/B/A LASALLE CORRECTIONS CENTER and their counsel, Marvin C. Moos of Horne Rota Moos, LLP.

Should other parties be added to this lawsuit who thereby become financially interested in the outcome of this litigation, Plaintiff will promptly file an amended certificate with the Clerk identifying such interested parties.

Respectfully submitted,

**WEBSTER VICKNAIR MACLEOD**

By: /s/ *Jason C. Webster*
JASON C. WEBSTER
State Bar No. 24033318
HEIDI O. VICKNAIR
State Bar No. 24046557
RYAN S. MACLEOD
State Bar No. 24068346
STEVEN E. ALDOUS
State Bar No. 00982100
24 Greenway Plaza, Suite 600
Houston, Texas 77046
713.581.3900 (telephone)
713.581.3907 (facsimile)
filing@wvmlaw.com

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was served on the following counsel of record through the Court's ECF system on July 7, 2025, and/or Certified Mail, Return Receipt Requested:

Marvin C. Moos
Joshua Anderson
mmoos@hrmlawyers.com
Horne Rota Moos, LLP
2777 Allen Parkway, Suite 1200
Houston, Texas 77019

**ATTORNEYS FOR DEFENDANT,**
**LASALLE CORRECTIONS LLC**
**D/B/A LASALLE CORRECTIONS CENTER**

                                                   */s/ Jason C. Webster*
                                                   JASON C. WEBSTER