UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| CRYSTAL MANNING, et al. | * | CIVIL ACTION NO. |
| | * | 3:25-cv-00871 |
| | * | |
| VERSUS | * | JUDGE TERRY DOUGHTY |
| | * | |
| LASALLE CORRECTIONS, L.L.C., | * | |
| et al. | * | MAGISTRATE JUDGE |
| | * | KAYLA McCLUSKY |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## LASALLE CORRECTIONAL CENTER, L.L.C.'s
## CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel, comes defendant, LaSalle Correctional Center, L.L.C., who pursuant to Federal Rule of Civil Procedure 7.1, makes the following disclosure statement:

Defendant, LaSalle Correctional Center, L.L.C., is a Louisiana limited liability company. It does not have a parent corporation. No publicly-held company owns ten percent or more of LaSalle Correctional Center, L.L.C.'s stock.

[*signature on next page*]

1

Respectfully submitted:

*s/ Deirdre C. McGlinchey*
Deirdre C. McGlinchey, T.A. (24167)
dmcglinchey@mcglinchey.com
Patrick J. O'Cain (20993)
pocain@mcglinchey.com
Robert K. Denny (33092)
rdenny@mcglinchey.com
Gillian M. McCarroll (40452)
gmccarroll@mcglinchey.com
Ryan G. Lavelle (41305)
rlavelle@mcglinchey.com
MCGLINCHEY STAFFORD, PLLC
601 Poydras Street, Floor 12
New Orleans, Louisiana 70130
Telephone (504) 586.1200
ATTORNEYS FOR DEFENDANT,
LASALLE CORRECTIONAL CENTER, L.L.C.

## CERTIFICATE OF SERVICE

I certify that on July 8, 2025, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system which will send notification to all counsel of record.

*/s/ Deirdre C. McGlinchey*

2