IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| CRYSTAL MANNING as next friend of L.D., a minor, MARIAHLEE MANSAW as next friend of P.M., a minor, MELISSA HOLLINS as next friend of D.H., a minor, as wrongful death beneficiaries of BILLIE DAVIS, deceased, and RUBY LEE DAVIS, individually and as representative of the estate of BILLIE DAVIS, deceased, | Case No. 3:25-CV-00871<br><br>JUDGE TERRY DOUGHTY<br><br>MAGISTRATE JUDGE KAYLA McCLUSKY |

*Plaintiffs,*

v.

LASALLE CORRECTIONS LLC d/b/a
LASALLE CORRECTIONAL CENTER,
HARRIS COUNTY, and HARRIS COUNTY
SHERIFFS OFFICE
        *Defendants.*

## ORDER

Considering plaintiffs' *Ex Parte* Motion to Enroll;

IT IS ORDERED that Mark A. Delphin (LA Bar No. 4850) and Ezra Pettis, Jr. (LA Bar No. 36332) of the law firm of Delphin Law Offices be and is hereby added as counsel of record for plaintiffs CRYSTAL MANNING as next friend of L.D., a minor, MARIAHLEE MANSAW as next friend of P.M., a minor, MELISSA HOLLINS as next friend of D.H., a minor, as wrongful death beneficiaries of BILLIE DAVIS, deceased, and RUBY LEE DAVIS, individually and as representative of the estate of BILLIE DAVIS, deceased.

Monroe, Louisiana, this ____9th____ day of ____July_____, 2025.

_____
                    JUDGE