## IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | | |
|---|---|---|
| **CRYSTAL MANNING as next friend of L.D., a minor, MARIAHLEE MANSAW as next friend of P.M., a minor, MELISSA HOLLINS as next friend of D.H., a minor, as wrongful death beneficiaries of BILLIE DAVIS, deceased, and RUBY LEE DAVIS, individually and as representative of the estate of BILLIE DAVIS, deceased,** *Plaintiffs*, | § § § § § § § § § § § § § § § § | **Case No. 3:25-CV-00871**<br><br>**JUDGE TERRY DOUGHTY**<br><br><br>**MAGISTRATE JUDGE KAYLA McCLUSKY** |
| **v.** | | |
| **LASALLE CORRECTIONS LLC d/b/a LASALLE CORRECTIONAL CENTER** *Defendants.* | | |

## <u>ORDER</u>

IT IS ORDERED that Steven E. Aldous be and is hereby admitted to the bar of this Court pro hac vice on behalf of Plaintiffs Crystal Manning as next friend of L.D., a minor, Mariahlee Mansaw as next friend of P.M., a minor, Melissa Hollins as next friend of D.H.., a minor, as wrongful death beneficiaries of Billie Davis, deceased, and Ruby Lee Davis, individually and as representative of the estate of Billie Davis, deceased in the above described action.

SO ORDERED on this, the __11th__ day of __July__, 2025.

_____
U.S. Magistrate Judge