UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| CRYSTAL MANNING, et al. | * | CIVIL ACTION NO. |
| | * | 3:25-cv-00871 |
| | * | |
| VERSUS | * | JUDGE TERRY DOUGHTY |
| | * | |
| LASALLE CORRECTIONS, LLC, | * | |
| et al. | * | MAGISTRATE JUDGE |
| | * | KAYLA McCLUSKY |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

IT IS ORDERED that Marvin C. Moos be and is hereby admitted to the bar of this Court

pro hac vice on behalf of LaSalle Correctional Center, L.L.C. in the above described action.

SO ORDERED on this, the __16th__ day of ___July_____, 2025.

_____
U.S. Magistrate Judge McClusky