UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| CRYSTAL MANNING, *et al.*, | * | CIVIL ACTION NO.: |
| Plaintiffs, | * | 3:25-cv-00871 |
| | * | |
| VERSUS | * | JUDGE TERRY DOUGHTY |
| | * | |
| LASALLE CORRECTIONS, LLC, *et al.,* | * | MAGISTRATE JUDGE |
| Defendants. | * | KAYLA McCLUSKY |
| | * | |
| ********************************** | * | **JURY TRIAL REQUESTED** |

## ORDER

Considering the foregoing Motion to Withdraw Counsel of Record and Notice of Change of Law Firm Affiliation and Address filed by Defendant, LaSalle Correctional Center, L.L.C.;

IT IS ORDERED, ADJUDGED, and DECREED that Patrick J. O'Cain (20993) is hereby withdrawn as counsel of record for Defendant, LaSalle Correctional Center, L.L.C. and that all other counsel for Defendant, LaSalle Correctional Center, L.L.C. remain enrolled.

IT IS FURTHER ORDERED that Patrick J. O'Cain (20993) be removed from the electronic filing distribution list in this matter.

Monroe, Louisiana, this __14th__ day of ___November___, 2025

_____
UNITED STATES MAGISTRATE JUDGE

1