**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **CRYSTAL MANNING as next friend of L.D., a minor, MARIAHLEE MANSAW as next friend of P.M., a minor, MELISSA HOLLINS as next friend of D.H., a minor, as wrongful death beneficiaries of BILLIE DAVIS, deceased, and RUBY LEE DAVIS, individually and as representative of the estate of BILLIE DAVIS, deceased,** | **CIVIL ACTION NO. 3:25-CV-00871** |
| *Plaintiffs*, | |
| **v.** | **JUDGE TERRY DOUGHTY** |
| **LASALLE CORRECTIONS LLC d/b/a LASALLE CORRECTIONAL CENTER** | **MAGISTRATE JUDGE KAYLA McCLUSKY** |
| *Defendant.* | |

**ORDER**

Considering the Motion to Enroll Additional Counsel of Record filed by Defendant, LaSalle Correctional Center, L.L.C.,

IT IS ORDERED, ADJUDGED, and DECREED that P.J. Kee and Jacob J. Pritt of Jones Walker LLP is hereby enrolled as additional counsel of record for Defendant, LaSalle Correctional Center, L.L.C.

Monroe, Louisiana, this __21st__ day of __November__, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

3

#110542818v1