UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| CRYSTAL MANNING, *et al.*, | * | CIVIL ACTION NO.: |
| Plaintiffs, | * | 3:25-cv-00871 |
| | * | |
| VERSUS | * | JUDGE TERRY DOUGHTY |
| | * | |
| LASALLE CORRECTIONS, LLC, *et al.,* | * | MAGISTRATE JUDGE |
| Defendants. | * | KAYLA McCLUSKY |
| | * | |
| ********************************** | * | **JURY TRIAL REQUESTED** |

## ORDER

Considering the foregoing Motion to Enroll Additional Counsel of Record filed by Defendant, LaSalle Correctional Center, L.L.C.;

IT IS ORDERED, ADJUDGED, and DECREED that Sheldon Johnson (Bar Roll No. 51462) of the law firm Jones Walker, LLP is hereby enrolled as additional counsel of record for LaSalle Correctional Center, L.L.C. and that all other counsel for LaSalle Correctional Center, L.L.C. remain enrolled.

IT IS FURTHER ORDERED that Sheldon Johnson (Bar Roll No. 51462) be added to the electronic filing distribution list in this matter.

Monroe, Louisiana, this _____19th_____ day of _____December_____, 2025

_____
UNITED STATES DISTRICT JUDGE

1