**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **CRYSTAL MANNING ET AL** | **CASE NO. 3:25-CV-00871** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **LASALLE ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 207]; after considering the written and filed objections [Doc. No. 209] of Defendant, LaSalle Correctional Center, LLC ("Defendant"), and the written and filed objections [Doc. No. 211] of Plaintiffs, Crystal Manning as next friend of L.D., a minor, Mariahlee Mansaw as next friend of P.M., a minor, Melissa Hollins as next friend of D.H., a minor, as wrongful death beneficiaries of Billie Davis, deceased, and Ruby Lee Davis, individually and as representative of the estate of Billie Davis, deceased ("Plaintiffs"); and after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that the judgment as recommended therein is warranted,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Defendant's Motion to Dismiss [Doc. No. 193] is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Motion is **GRANTED** as to Plaintiffs' claims of negligent training and hiring and

claims based on vicarious liability under § 1983 and under Art. I, § 5 of the Louisiana Constitution, and such claims are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Motion is otherwise **DENIED** as to all other claims.

MONROE, LOUISIANA, this 4th day of August 2026.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE